# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**SKD CONSTRUCTION COMPANY LLC,**

            V.　　　　　　　　　　**SUMMONS IN A CIVIL CASE**

**MAXI DRUG INC,**

　　　　　　　　　　　　　　　CASE NUMBER: **3:21–CV–01618–OAW**

TO: **Paul Lenoci, SKD Construction Company, a Connecticut general partnership, The Alfred Lenoci Revocable Trust**

Defendant's Address:

SKD Construction Company, a Connecticut general partnership
c/o SKD Annuity Trust
Salvatore K. Dinardo, Trustee
883 Fairfield Beach Rd., Fairfield, CT 06824

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rowena Amanda Moffett
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06511–1746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – N. Fanelle
------
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2021–12–13 13:10:00**, Clerk USDC CTD

| | | | |
|---|---|---|---|
| STATE OF CONNECTICUT | ) | | |
| | ) | SS: RIDGEFIELD | JANUARY 25, 2022 |
| COUNTY OF FAIRFIELD | ) | | |

### AFFIDAVIT

RECEIVED A COPY OF THE ORIGINAL SUMMONS IN A CIVIL CASE AND ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD PARTY COMPLAINT OF MAXI DRUGS, INC. WITH JURY DEMAND FOR SERVICE UPON **SKD CONSTRUCTION COMPANY, A CONNECTICUT GENERAL PARTNERSHIP, C/O SKD ANNUITY TRUST SALVATORE K. DINARDO, TRUSTEE, 883 FAIRFIELD BEACH ROAD, FAIRFIELD, CT 06824.**

I SEARCHED THE ONLINE TAX RECORDS FOR THE TOWN OF FAIRFIELD, CT AND DETERMINED THAT **SALVATORE K. DINARDO RESIDES AT 1883 FAIRFIELD BEACH ROAD, FAIRFIELD, CT NOT 883 FAIRFIELD BEACH ROAD, FAIRFIELD CT**. I VISITED 1883 FAIRFIELD BEACH ROAD, FAIRFIELD, CT ON THE 13TH DAY OF JANUARY 2022 AT 6:15 PM. I FOUND SOME LIGHTS ON THE RESIDENCE. AS I APPROACHED THE DOOR THE BLINDS ON THE DOOR WERE LOWERED FROM WITHIN AND NO ONE RESPONDED TO MY NUMEROUS KNOCKS ON THE DOOR. I LEFT A COPY OF THE SUMMONS IN A CIVL CASE AND ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD PARTY COMPLAINT OF MAXI DRUGS, INC. WITH JURY DEMAND SECURED TO THE FRONT DOOR.

ON THE 14TH DAY OF JANUARY I VISITED **929 KINGS HIGHWAY EAST, FAIRFIELD, CT.** THIS LOCATION IS THE BUSINESS OFFICE OF UNITED PROPERTIES. INQUIRIES THEREAT DETERMINED THAT SALVATORE K. DINARDO WORKED AT THIS LOCATION BUT WAS NOT IN AT THE TIME OF MIY VISIT. I WAS TOLD MR. DINARDO WOULD CONTACT ME LATER THAT DAY.

AT 7:00PM ON THE 14TH DAY OF JANUARY I AGAIN VISITED **1883 FAIRFIELD BEACH ROAD, FAIRFIELD, CT.** MY INQUIRIES THEREAT WERE AGAIN MET WITH NO RESPONSE. MR. SALVATORE K. DINARDO HAS NOT CONTACTED ME SINCE THIS VISIT.

ATTEST:

*John M. McNicholas*
JOHN M. MCNICHOLAS
**CONNECTICUT STATE**
**MARSHAL FAIRFIELD COUNTY**

1